# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| GWO CHING LIOU,<br><br>    Plaintiff,<br><br>v.<br><br>LEXISNEXIS RISK SOLUTIONS, INC.,<br><br>    Defendant. | Case No.: 2:20-cv-00982-KJD-NJK<br><br>**ORDER**<br><br>[Docket Nos. 18, 25] |

Pending before the Court is Plaintiff's motion to extend discovery deadlines for a period of ninety days and the parties' stipulation for protective order. Docket Nos. 18, 25.

In a Report and Recommendation issued concurrently herewith, the Court finds that the parties have settled the instant case and recommends that United States District Judge Kent J. Dawson grant Defendant's motion to enforce settlement. As a result, the pending motion and stipulation are moot.

Accordingly, Plaintiff's motion to extend discovery deadlines, Docket No. 18, and the parties' stipulation for protective order, Docket No. 25, are hereby **DENIED** as moot.

IT IS SO ORDERED.

Dated: February 10, 2021

_____
Nancy J. Koppe
United States Magistrate Judge

1