UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| GWO CHING LIOU, | Case No. 2:20-cv-00982-KJD-NJK |
| Plaintiff, | ORDER |
| v. | |
| LEXISNEXIS RISK SOLUTIONS, INC., | |
| Defendant. | |

Before the Court for consideration is the Report and Recommendation (#27) of Magistrate Judge Nancy J. Koppe entered February 10, 2021, recommending that Defendant's Motion to Enforce Settlement Agreement (#19) be granted. Plaintiff filed Objections (#29) to the Report and Recommendation to which Defendant replied (#31).

The Court has conducted a de novo review of the record in this case in accordance with 28 U.S.C. § 636(b)(1) and LR IB 3-2.  The magistrate judge correctly determined that the parties had entered into an enforceable settlement agreement. It contained all the essential parts of an enforceable contract. Further, Judge Koppe correctly determined that the settlement agreement is a complete agreement as contained in the January 4, 2021 email.  Therefore, the motion to enforce settlement agreement is granted. Thus, the Court determines that the Report and Recommendation (#27) of the United States Magistrate Judge entered February 10, 2021, should be **ADOPTED and AFFIRMED**.

IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (#27) entered February 10, 2021 are **ADOPTED and AFFIRMED**;

///

///

///

1      IT IS FURTHER ORDERED that Defendant's Motion to Enforce Settlement Agreement (#19) is **GRANTED**.

DATED this 17th day of September 2021.

                                                                               _____
                                                                               The Honorable Kent J. Dawson
                                                                               United States District Judge