Bryce K. Kunimoto, Esq.
Nevada Bar No. 7781
Robert J. Cassity, Esq.
Nevada Bar No. 9779
Jenapher Lin, Esq.
Nevada Bar No. 14233
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134
Phone: 702.669.4600
Fax: 702.669.4650
bkunimoto@hollandhart.com
bcassity@hollandhart.com
jlin@hollandhart.com

*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| GWO CHING LIOU, an individual,<br><br>                    Plaintiff,<br><br>v.<br><br>LEXISNEXIS RISK SOLUTIONS, INC., a foreign corporation,<br><br>                    Defendant. | Case No.: 2:20-cv-00982-KJD-NJK<br><br>**STIPULATION & [PROPOSED] ORDER OF DISMISSAL OF COMPLAINT (ECF No. 1) WITH PREJUDICE** |

Plaintiff GWO CHING LIOU ("Plaintiff") and Defendant LEXISNEXIS RISK SOLUTIONS, INC. ("Defendant") (collectively, as the "Parties), by and through their respective undersigned counsel of record, the law firm of HOLLAND & HART LLP and the law firm of KRAVITZ, SCHNITZER & JOHNSON, CHTD., hereby respectfully submit this Stipulation and Proposed Order for Dismissal of the Complaint (ECF No. 1) with Prejudice.

/ / /

/ / /

/ / /

/ / /

1

1  The Parties have reached and executed a settlement agreement to resolve the instant action. As a result, and in accordance with the terms of their settlement agreement, the Parties hereby stipulate and agree to the dismissal of the Complaint (ECF No. 1), with prejudice, with each party to bear its own fees and costs. Accordingly, the Parties jointly move for an order dismissing this action with prejudice.

DATED this 28th day of April 2022.

| | |
|---|---|
| **HOLLAND & HART LLP** | **KRAVITZ SCHNITZER JOHNSON WATSON & ZEPPENFELD, CHTD.** |
| /s/ Jenapher Lin | /s/ Gary E. Schnitzer |
| Bryce K. Kunimoto, Esq.<br>Robert J. Cassity, Esq.<br>Jenapher Lin, Esq.<br>9555 Hillwood Drive, 2nd Floor<br>Las Vegas, NV 89134 | Gary E. Schnitzer, Esq.<br>8985 S. Eastern Avenue, Suite 200<br>Las Vegas, Nevada 89123 |
| *Attorneys for Plaintiff* | *Attorney for Defendant LexisNexis Risk Solutions, Inc.* |

IT IS SO ~~ORDERED~~:

_____
UNITED STATES DISTRICT JUDGE

DATED:   5/4/2022

## CERTIFICATE OF SERVICE

I am, and was when the herein described mailing took place, a citizen of the United States, over 18 years of age, and not a party to, nor interested in, the within action; that on the 28th day of April 2022, I served a true and correct copy of the foregoing **STIPULATION & [PROPOSED] ORDER OF DISMISSAL OF COMPLAINT (ECF NO. 1) WITH PREJUDICE** as follows:

☒ Filed electronically via the Court's CM/ECF system and notice of filing will be served on all parties by operation of the Court's CM/ECF filing system, and parties may access this filing through the Court's CM/ECF system.

Gary E. Schnitzer, Esq.
KRAVITZ SCHNITZER JOHNSON WATSON & ZEPPENFELD, CHTD.
8985 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
gschnitzer@ksjattorneys.com

*Attorney for Defendant LexisNexis Risk Solutions, Inc.*

/s/ Valerie Larsen
An Employee of Holland & Hart LLP